AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following

☐ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT | |
|---|---|---|---|
| PLAINTIFF | | DEFENDANT | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

# EXHIBIT "1"



# MAREE
721 Main St
Layton, UT 84041
+1 8556273323
riece@mareeco.com

**BILL TO**
Giannis Antetokounmpo

**INVOICE** 014821

**DATE** 04/14/2023   **TERMS** Due on receipt

**DUE DATE** 04/14/2023

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Mariah & Giannis | | 1 | 0.00 | 0.00 |
| Plush Empereur Mattress 1.2 | Plush Empereur Mattress 1.2 Double-Sided Mattress | 1 | 5,588.00 | 5,588.00T |
| Plush Empereur 3" Topper | Plush Empereur 3" Topper | 1 | 2,490.00 | 2,490.00T |
| Vertical Channel Altered Chateau Empereur Headboard w/ Footrail & Side rails | Vertical Channel Altered Chateau Empereur Headboard w/ Footrail & Side rails | 1 | 12,550.00 | 12,550.00T |
| Box Springs Empereur (Serene/Bliss/Plush) | Box Springs Empereur (Serene/Bliss/Plush) | 1 | 3,015.00 | 3,015.00T |
| MAREE Classic 600 TC Empereur Duvet Cover | MAREE Classic 600 TC Empereur Duvet Cover Color: | 2 | 990.00 | 1,980.00T |
| MAREE Classic 600 TC Empereur Linen Set | MAREE Classic 600 Thread Count Empereur Linen Set (includes Fitted, Flat Sheets & Pair of King Cases) Color: | 2 | 780.00 | 1,560.00T |
| MAREE Mulberry Silk Summer Season Duvet Insert Empereur | MAREE Mulberry Silk Summer Season Duvet Insert Empereur | 1 | 1,640.00 | 1,640.00T |
| MAREE Classic Mattress Protector Empereur | MAREE Classic Empereur Mattress Protector | 2 | 375.00 | 750.00T |
| KOSTAS | | 1 | 0.00 | 0.00 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Button Tufted Grand Headboard (6'HT) w/Footrail & Siderails | Button Tufted Grand Headboard (6'HT) w/Footrail & Siderails Side Rails 6'7"W x 7'L Color: Luxury Pearl | 1 | 5,500.00 | 5,500.00T |
| Plush Grand Mattress 1.2 | Plush Grand Mattress 1.2 Double-Sided, Medium-Firm 6'7"W x 7'L | 1 | 3,575.00 | 3,575.00T |
| Plush Grand 3" Topper | Plush Grand 3" Topper 6'7"W x 7'L | 1 | 1,820.00 | 1,820.00T |
| MAREE Classic 600 TC Grand Linen Set | MAREE Classic 600 TC Grand Linen Set (includes Fitted, Flat Sheets & Pair of King Cases) Color: TBD | 2 | 675.00 | 1,350.00T |
| MAREE Classic 600 TC Grand Duvet Cover | MAREE Classic 600 TC Grand Duvet Cover Color: TBD | 2 | 600.00 | 1,200.00T |
| MAREE Classic Duvet Insert Like Down Grand | MAREE Classic Duvet Insert Like Down Grand | 1 | 550.00 | 550.00T |
| ALEX | | 1 | 0.00 | 0.00 |
| Wingback Grand Headboard (6' HT) w/ Footrail & Side rails 7'W x 8'L | Wingback Grand Headboard (6' HT) w/ Footrail & Side rails 6'7" W x 7'L | 1 | 5,500.00 | 5,500.00T |
| Plush Grand Mattress 1.2 | Plush Grand Mattress 1.2 Double-Sided, Medium-Firm 6'7"W x 7'L | 1 | 3,575.00 | 3,575.00T |
| Plush Grand 3" Topper | Plush Grand 3" Topper 6'7"W x 7'L | 1 | 1,820.00 | 1,820.00T |
| MAREE Classic 600 TC Grand Linen Set | MAREE Classic 600 TC Grand Linen Set (includes Fitted, Flat Sheets & Pair of King Cases) Color: TBD | 2 | 675.00 | 1,350.00T |
| MAREE Classic 600 TC Grand Duvet Cover | MAREE Classic 600 TC Grand Duvet Cover Color: TBD | 2 | 600.00 | 1,200.00T |
| MAREE Classic Duvet Insert Like Down Grand | MAREE Classic Duvet Insert Like Down Grand | 1 | 550.00 | 550.00T |
| THANASIS | | 1 | 0.00 | 0.00 |
| Boxcar Grand Headboard (6' HT) w/ Footrail & Side rails 7'W x 8'L | Boxcar Grand Headboard w/ Footrail & Side rails 6'7"L x 6'7"W Leather: Color TBD | 1 | 7,550.00 | 7,550.00T |
| Plush Grand Mattress 1.2 | Plush Grand Mattress 1.2 Double-Sided, Medium-Firm 6'7"L x 6'7"W | 1 | 3,575.00 | 3,575.00T |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Button Tufted Grand Headboard (6'HT) w/Footrail & Siderails | Button Tufted Grand Headboard (6'HT) w/Footrail & Siderails Side Rails 6'7"W x 7'L Color: Luxury Pearl | 1 | 5,500.00 | 5,500.00T |
| Plush Grand Mattress 1.2 | Plush Grand Mattress 1.2 Double-Sided, Medium-Firm 6'7"W x 7'L | 1 | 3,575.00 | 3,575.00T |
| Plush Grand 3" Topper | Plush Grand 3" Topper 6'7"W x 7'L | 1 | 1,820.00 | 1,820.00T |
| MAREE Classic 600 TC Grand Linen Set | MAREE Classic 600 TC Grand Linen Set (includes Fitted, Flat Sheets & Pair of King Cases) Color: TBD | 2 | 675.00 | 1,350.00T |
| MAREE Classic 600 TC Grand Duvet Cover | MAREE Classic 600 TC Grand Duvet Cover Color: TBD | 2 | 600.00 | 1,200.00T |
| MAREE Classic Duvet Insert Like Down Grand | MAREE Classic Duvet Insert Like Down Grand | 1 | 550.00 | 550.00T |
| ALEX | | 1 | 0.00 | 0.00 |
| Wingback Grand Headboard (6' HT) w/ Footrail & Side rails 7'W x 8'L | Wingback Grand Headboard (6' HT) w/ Footrail & Side rails 6'7" W x 7'L | 1 | 5,500.00 | 5,500.00T |
| Plush Grand Mattress 1.2 | Plush Grand Mattress 1.2 Double-Sided, Medium-Firm | 1 | 3,575.00 | 3,575.00T |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Plush Grand 3" Topper | Plush Grand 3" Topper 6'7"L x 6'7"W | 1 | 1,820.00 | 1,820.00T |
| MAREE Classic 600 TC Grand Linen Set | MAREE Classic 600 TC Grand Linen Set (includes Fitted, Flat Sheets & Pair of King Cases) Color: TBD | 2 | 675.00 | 1,350.00T |
| MAREE Classic 600 TC Grand Duvet Cover | MAREE Classic 600 TC Grand Duvet Cover Color: TBD | 2 | 600.00 | 1,200.00T |
| MAREE Classic Duvet Insert Like Down Grand | MAREE Classic Duvet Insert Like Down Grand | 1 | 550.00 | 550.00T |
| Mom | | 1 | 0.00 | 0.00 |
| Chateau Grand Headboard (6'HT) w/ Footrail & Side rails 7'W x 8'L | Chateau Grand Headboard (6'HT) w/ Footrail & Side rails 6'7"W x 7'L | 1 | 9,900.00 | 9,900.00T |
| Plush Grand Mattress 1.2 | Plush Grand Mattress 1.2 Double-Sided, Medium-Firm 6'7"W x 7'L | 1 | 3,575.00 | 3,575.00T |
| Plush Grand 3" Topper | Plush Grand 3" Topper 6'7"W x 7'L | 1 | 1,820.00 | 1,820.00T |
| MAREE Classic 600 TC Grand Linen Set | MAREE Classic 600 TC Grand Linen Set (includes Fitted, Flat Sheets & Pair of King Cases) Color: TBD | 2 | 675.00 | 1,350.00T |
| MAREE Classic 600 TC Grand Duvet Cover | MAREE Classic 600 TC Grand Duvet Cover Color: TBD | 2 | 600.00 | 1,200.00T |
| MAREE Classic Duvet Insert Like Down Grand | MAREE Classic Duvet Insert Like Down Grand | 1 | 550.00 | 550.00T |

Please note: orders are not subject to cancellation, refund, or exchange. Shipping and installation not included, but will provide several quotes and most economical options available asap.

| | |
|---|---|
| SUBTOTAL | 92,003.00 |
| DISCOUNT 25% | -23,000.75 |
| TAX | 5,002.66 |
| TOTAL | 74,004.91 |
| **TOTAL DUE** | **USD 74,004.91** |

Case 2:23-cv-01389-JPS   Filed 10/18/23   Page 3 of 21   Document 1-5

# EXHIBIT "2"



July 31, 2023

**VIA E-MAIL AND FIRST CLASS MAIL**
Maree Inc.
ATTN: Erica Gleaton
240 N. East Promontory, STE 200
Farmington, UT 84025
erica@mareeco.com

**Re:** Giannis Antetokounmpo v Erica Gleaton and Maree Inc.
Notice of Breach of Contract, Demand for Refund and Notice of Claim

Dear Ms. Gleaton,

This law firm represents Giannis Antetokounmpo ("Mr. Antetokounmpo") in the matter of the undelivered custom beds and related issues that have arisen from your business transactions. We are writing to demand the immediate delivery of the ordered beds or the full refund of the purchase amount, totaling over **$95,391.65** and the payment of the agreed-upon shipping charges.

Mr. Antetokounmpo placed an order with Maree Inc. ("Maree") for custom beds with the understanding that the total purchase price included the cost of shipping. Despite multiple assurances from your end, the beds have not been delivered, and your refusal to communicate further with Mr. Antetokounmpo has caused significant distress and inconvenience.

The situation has been exacerbated by the discrepancies in shipping weight provided to Mentfield Logistics UK Ltd ("Mentfield"), resulting in a discrepancy of 400 kilograms and preventing the airline from transporting the items in the last shipment, which was expected to arrive in Athens on Monday, July 31, 2023. Your lack of responsibility in this matter has only delayed the shipping process further.

Furthermore, your statements to Mentfield that you will only pay for the first of the four shipments, expecting Mr. Antetokounmpo to pay for the remaining three, is in direct contradiction to your initial agreement with our client.

The specific issues are as follows:

950 Third Avenue, 11th Floor, New York, NY 10022 | 35-10 Broadway, Suite 201, Astoria, NY 11106
T. 212.213.8511 | www.pnlawyers.com

Case 2:23-cv-01389-JPS    Filed 10/13/23    Page 5 of 31    Document 1-2

1. **Failure to Deliver Goods**: The ordered beds have not been delivered in breach of any agreement, and you have ceased communication regarding this issue.
2. **Misrepresentation of Shipping Weight**: Incorrect information provided to Mentfield has led to delays and additional expenses.
3. **Unilateral Change of Terms**: Your decision to pay for only one of the four shipments directly conflicts with the original agreement with Mr. Antetokounmpo.

Given the above, we demand the full refund of the purchase price of over **$95,391.65**.

Please respond in writing within 48 hours of receiving this letter. Failure to comply with this demand may result in legal action being taken against you, without further notice. This may include a claim for breach of contract, misrepresentation, and any other applicable legal remedies.

**LITIGATION HOLD:** You are required to preserve documents and information relating to your allegations and the dispute mentioned in this notice. All individuals in possession of potentially relevant information are under legal obligation to immediately preserve the documents wherever located and in whatever form, including both hard copy and in electronic form. You are to immediately suspend the deletion, overriding or any other destruction of electronic information and communications relevant to the lawsuit. Any electronic information that is generated after this date must also be preserved. These obligations remain in effect until you have received a subsequent written notice that this litigation hold has been updated, modified, or released. Failure to preserve documents and information relating to this dispute may expose you to sanctions and/or legal liability.

This letter is not an exhaustive statement of Mr. Antetokounmpo's rights, remedies, claims, or defenses, all of which are expressly reserved.

Kindly note that nothing in this letter should be construed as a waiver, relinquishment or election of rights and remedies. We reserve all rights and remedies under all applicable Federal and State laws. If you, or your attorney(s), wish to discuss this matter or proceed to arbitration, please contact the undersigned.

Sincerely,

**PARDALIS & NOHAVICKA, LLP**

By: _____
Taso Pardalis, Esq.
950 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 213-8511
Fax: (347) 897-0094
Taso@pnlawyers.com

# EXHIBIT "3"



August 24, 2023

**VIA FIRST-CLASS & ELECTRONIC MAIL**
**[joshua@irvine-legal.com]**
-------------------------------------------------------------
Joshua Irvine, Esq.
IRVINE LEGAL
2650 Washington Boulevard, Suite 103
Ogden, UT  84401

      **Re:** *Giannis Antetokounmpo v. Erica Gleaton & Maree Inc.*
         **PN File No.:** 23ANTE081

To Mr. Irvine:

  Please be advised that this firm represents Giannis Antetokounmpo ("Mr. Antetokounmpo" or "our Client"). This response is being sent on Mr. Antetokounmpo's behalf in connection with issues arising from his transaction with your client(s), Erica Gleaton and/or Maree Inc., for the purchase of certain furniture (the "Products"). Accordingly, please direct all correspondence with respect to the above-mentioned subject matter to the attention of this firm.

  It is both disappointing and legally untenable to witness the disparity between what was agreed upon between our respective clients and the products that were ultimately (and unsatisfactorily) delivered. The events detailed herein, supported by the facts enumerated in our prior notice to Ms. Gleaton and her business, underscoring a series of egregious mistakes, blatant oversights, and questionable business.

  On April 14, 2023, Mr. Antetokounmpo, for himself and his family, purchased what he believed would be "custom made" beds and furniture for a total amount of Seventy-Four Thousand Four Dollars and Ninety-One Cent ($74,004.91), which amount was paid to Ms. Gleaton and Maree Inc. on April 28th. Since then, and as a result of Ms. Gleaton and Maree Inc.'s actions, our Client has also incurred additional costs for import and "value added" taxes, which as of today's date total Twenty-One Thousand Three hundred Eighty-Six Dollars and Seventy-Four Cents ($21,386.74).

  Since payment at the end of April of 2023, our Client's representatives (primarily Mr. Dylan Wondra) and Ms. Gleaton engaged in various discussions pertaining to the Products and

how their manufacture and delivery was delayed. Notwithstanding Ms. Gleaton and Maree Inc.'s multiple, consistent representations that the Products would be delivered, as ordered and in proper form, they were not. Additionally, since the eruption of this transaction into a dispute became apparent, Ms. Gleaton refused to discuss the Products with our Client (including his representatives), causing significant stress and inconvenience, and only exacerbating tensions between the parties.

As noted in our prior correspondence, this situation was *worsened* by the <u>four-hundred-kilogram (400 kg) discrepancy</u> between the Products' weight, as provided to Mentfield Logistics UK Ltd ("Mentfield") and the items that ultimately arrived in Athens on July 31, 2023. Our Client was not only deprived of any relevant quotes and opportunity to authorize the shipping company to be used, <u>as was promised in discussions with Ms. Gleaton and Maree Inc.</u>, but when he attempted to contact Ms. Gleaton to address, and hopefully resolve, this matter, his calls went unanswered and un-responded-to.

Furthermore, it has also come to our and our Client's attention that Ms. Gleaton and Maree Inc. have used Mr. Antetokounmpo's image to promote their business without any license or authorization, or even informal permission, to do so. *See* Exhibit A annexed hereto.

To-date, our Client has only received eleven (11) of the forty-three (43) total items ordered, and, in light of your clients' unresponsiveness, overall conduct, and failure to remedy this matter, is hereby demanding **full refund in the amount of $95,391.65,[1] as well as any associated shipping charges incurred and covered by our Client**. Payment of this refund should be made no later than three (3) business days hereof.

Our client is prepared to explore any and all remedies necessary to fully settle and resolve this matter and protect its rights and reputation, including (among other things) legal action for breach of contract, fraudulent misrepresentation, and any other available remedies at law or in equity. Failure to respond and issue the demanded refund by the close of business on Tuesday, August 29, 2023, shall be deemed an election by your client(s) to proceed with litigating this matter.

Finally, you (and your client(s)) are once again put on notice that you are required to preserve all documents and information, including electronic source information ("ESI") relating to the matters referenced in this notice. All individuals in possession of potentially relevant information are under This legal obligation to immediately preserve such documents and information extends to all individuals in possession of, or who may have knowledge of, the same. As such you are to immediately suspend the deletion, overriding, or any other destruction any such documents and information. Likewise, any new electronic information that is generated after this date must also be preserved. Your failure to preserve documents and information relating to these

---

[1] This total represents $74,004.91 payment made by our Client on April 28th and the $21,386.74 in import and "value added" taxes and fees incurred by our Client, to-date.

35-10 BROADWAY, SUITE 201, ASTORIA, NY 11106 | 950 THIRD AVENUE, 11TH FLOOR, NEW YORK, NY 10022
P: 212.213.8511 | F: 347.897.0094 | contact@pnlawyers.com | www.pnlawyers.com
Case 2:23-cv-01389-JPS   Filed 10/18/23   Page 9 of 11   Document 1-3

matters may expose you to sanctions and/or legal liability in addition to any liability related to the claims at the core of this demand.

Nothing contained in this letter is intended to, or shall, be construed as a waiver of any of our Client's rights, claims, or remedies in connection with this or any other related matter, all of which are hereby expressly reserved. We look forward to your cooperation in this matter.

Be guided accordingly,

**PARDALIS & NOHAVICKA, LLP**

By: /s/ *Taso Pardalis*
Taso Pardalis, Esq.
950 Third Avenue, 11th Floor
New York, NY 10022
Tel: (212) 213-8511
Email: taso@pnlawyers.com
orion@pnlawyers.com (cc)

35-10 BROADWAY, SUITE 201, ASTORIA, NY 11106 | 950 THIRD AVENUE, 11TH FLOOR, NEW YORK, NY 10022
P: 212.213.8511 | F: 347.897.0094 | contact@pnlawyers.com | www.pnlawyers.com
Case 2:23-cv-01389-JPS Filed 10/18/23 Page 10 of 11 Document 1-3

# EXHIBIT A



**This image was posted to Maree Inc.'s official Instagram account via an "in-feed post" without our Client's awareness or permission for the use of his image.**

35-10 Broadway, Suite 201, Astoria, NY 11106 | 950 Third Avenue, 11th Floor, New York, NY 10022
P: 212.213.8511 | F: 347.897.0094 | contact@pnlawyers.com | www.pnlawyers.com
Case 2:23-cv-01389-JPS    Filed 10/18/23    Page 11 of 11   Document 1-3