# AFFIDAVIT OF SERVICE

| Case:<br>2:23-cv-01389-JPS | Court:<br>United States District Court | County:<br>Eastern District of Wisconsin, WI | Job:<br>9829420 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>GIANNIS ANTETOKOUNMPO | | **Defendant / Respondent:**<br>MAREE INC. and ERICA GLEATON | |
| **To be served upon:**<br>ERICA GLEATON | | | |

I, Rose Green, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that everything stated in this document is true and correct.

**Recipient Name / Address:**    Erica Gleaton, 3661 North 2300 East, Layton, UT 84040
**Manner of Service:**    Personal/Individual, Nov 4, 2023, 2:30 pm MDT
**Documents:**    Summons in a Civil Action; Complaint; Exhibits

**Additional Comments:**
1) Unsuccessful Attempt: Oct 27, 2023, 4:00 pm MDT at 3661 North 2300 East, Layton, UT 84040
No answer, left notice. A vehicle was visible. TX/SKZ7010.

2) Successful Attempt: Nov 4, 2023, 2:30 pm MDT at 3661 North 2300 East, Layton, UT 84040 received by Erica Gleaton. Age: approx 40; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'5"; Hair: Blond;


_____  11-07-2023
Rose Green                                    **Date**
A106325

Metro Process Servers of NY, Inc.
2917A 23 Ave
Astoria, NY 11105

*Subscribed and sworn to before me by the affiant who is*
*personally known to me.*

_____
**Notary Public**
 11-07-2023
**Date**                          **Commission Expires**

MICHAEL CURRIE
Notary Public - State of Utah
Commission Number: 732124
My Commission Expires on
July 13, 2027