UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GIANNIS ANTETOKOUNMPO,

Civil Case No. 23-cv-1389

*Plaintiffs*,

-against-    **CIVIL L. R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION.**

MAREE INC.,

*Defendant*.

---

**JOINT MOTION TO RESTRICT PUBLIC ACCESS TO ECF DOC. 29 AND THE RESPECTIVE COURT ORDER**

Plaintiff GIANNIS ANTETOKOUNMPO ("Plaintiff") and Defendant MAREE INC. ("Defendant"), through and by their attorneys, PARDALIS & NOHAVICKA LLP and CADE LAW GROUP, respectfully jointly move this Court under Civil L. R. 7(h) and 79 for an order restricting public access of the parties' joint motion to stay (ECF 29) and the respective Court Order to the case participants, their counsel, and the Court. The requested restriction of public access to case participants is based on factors such as the parties' privacy rights and legitimate interests to maintain confidentiality.

**LEGAL ARGUMENT**

As required by General L. R. 79(d)(1), good cause exists here for the parties' request to restrict public access to their joint and unopposed motion to stay (ECF 29). The information contained in the motion to stay (ECF 29) are treated as confidential by the parties and their counsel and none of the parties have agreed to maintain confidentiality. The motion papers filed with the

1

Court (ECF 29) include private information about the parties that, given who the parties are, will likely attract unnecessary media attention that in turn could potentially impede the parties' status as reported in the underlying, motion - thwarting progress and leading to injury to the parties – precisely what the parties jointly seek to avoid.

By way of the underlying papers (ECF 29), the parties have put forth confidential information that they would not normally share in a public setting. Accordingly, the limitation to access sought is necessitated by compelling privacy and confidentiality interests that outweigh the public interest in access to the court record. It is respectfully submitted that public access to the subject papers and any resulting order is highly likely to interfere with the parties' ability to meaningfully address the specific matters addressed in the underlying motion as is the parties' intention. Both parties agree that the public access restriction is necessary to protect their respective business and/or privacy interests and will help preserve judicial economy.

It is therefore respectfully submitted that compelling reasons of confidentiality binding both parties warrant the entry of an order enjoining and restricting public access to the parties' joint motion to stay (ECF 29) and any resulting Court Order, including as proposed by the parties. Accordingly, the parties respectfully request that the Court grant the instant motion and maintain ECF document 29, and any resulting order that flows therefrom, as restricted to the Honorable Court and case participants.

Respectfully submitted,

**PARDALIS & NOHAVICKA LLP**

*/s/Eleni Melekou*_____
Eleni Melekou, Esq.

2

950 Third Avenue, 11th Floor
New York, New York, 10022
Telephone: 212-213-8511
Email: Eleni@pnlawyers.com


**CADE LAW GROUP LLC**

By: /*s/ Annalisa Pusick*_____
Nathaniel Cade, Jr. SBN: 1028115
Annalisa Pusick SBN: 1116379
PO Box 170887
Milwaukee, WI 53217
(414) 255-3802 (p)
(414) 255-3804 (f)
nate@cade-law.com
annalisa@cade-law.com

3