```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
------------------------------------------------------x
GIANNIS ANTETOKOUNMPO,

                Plaintiff,                    Case No. 23-CV-1389

        v.

MAREE, INC.

                Defendant..
------------------------------------------------------x
```

# STIPULATION OF VOLUNTARY DISMISSAL
# PURSUANT TO FRCP 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties respective attorneys that whereas there are no other parties to this action, and all parties have appeared and are represented by counsel, the above-captioned action is voluntarily dismissed, with prejudice, and without costs or disbursements, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
.
Dated: March 26, 2024

| | |
|---|---|
| **PARDALIS & NOHAVICKA, LLP** | **CADE LAW GROUP** |
| *Eleni Melekou* (signature) | *Annalisa Pusick* (signature) |
| Eleni Melekou, Esq. | Nate Cade, Esq. |
| 950 Third Avenue, 11th Floor | Annalisa Pusick, Esq. |
| New York, NY 10022 | P.O. Box 170887 |
| Tel. (212) 213-8511 | Milwaukee, WI 53217 |
| Fax. (347) 897-0094 | Tel. (414) 255-3802 |
| eleni@pnlawyers.com | Fax (414)-255-3804 |
| *Attorneys for Plaintiff* | nate@cade-law.com |
| | annalisa@cade-law.com |
| | Attorneys for Defendant |