# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GIANNIS ANTETOKOUNMPO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MAREE, INC.,<br><br>　　　　　　Defendant. | Case No. 23-CV-1389-JPS<br><br><br>**ORDER** |

　　　　On March 27, 2024, Plaintiff Giannis Antetokounmpo ("Plaintiff") and Defendant Maree, Inc. ("Defendant") signed and filed a stipulation of dismissal of this action with prejudice and without costs. ECF No. 32. The Court will adopt the stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

　　　　Accordingly,

　　　　**IT IS ORDERED** that Plaintiff Giannis Antetokounmpo and Defendant Maree, Inc.'s stipulation of dismissal, ECF No. 32, be and the same is hereby **ADOPTED**;

　　　　**IT IS FURTHER ORDERED** that Plaintiff Giannis Antetokounmpo's expedited motion, ECF No. 26, be and the same is hereby **DENIED as moot**; and

　　　　**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

　　　　Dated at Milwaukee, Wisconsin, this 28th day of March, 2024.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　J. P. Stadtmueller
　　　　　　　　　　　　　　　　U.S. District Judge